[HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MANUEL VILLAREALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL VILLAREALL,<br><br>Defendant. | Case No.  1:21-CR-0004-DAD<br><br>**ORDER FOR RELEASE** |

# O R D E R

The above captioned defendant, Manuel Villareall, shall be released from the Fresno County Jail to the custody of Kevin Mitchel, an employee of the Federal Defenders of the Eastern District of California, for immediate transport to Turning Point Quest House, on Thursday, April, 1, 2021 at 8:00AM.


IT IS SO ORDERED.

Dated:  **March 30, 2021**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE