HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MANUEL VILLARREAL, IV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL VILLARREAL, IV,<br><br>Defendant. | Case No.  1:21-cr-00004-DAD<br><br>**ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE MONTEREY BAY INDUCTION PROGRAM** |

IT IS HEREBY ORDERED that defendant Manuel Villarreal, IV (Fresno County Sheriff's Office JID No. 7065666) shall be released from the Fresno County Jail on Wednesday, January 26, 2022, at 8:00 a.m. and transported to the Teen Challenge Monterey Bay Induction Program, located at 111 Railroad Avenue, Watsonville, California 95077. To ensure his safe transport to the program, the Jail will release Mr. Villarreal to the custody of Kevin Mitchel, Federal Defender Office representative. Mr. Mitchel agrees to immediately transport Mr. Villarreal to the United States Probation Office in Fresno, California, for the purposes of submitting to a drug test and completing necessary paperwork and then directly to the Teen Challenge program.

IT IS SO ORDERED.

Dated:   **January 24, 2022**

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Estrada:  Order for Release