HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MANUEL VILLARREAL, IV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL VILLARREAL, IV,<br><br>Defendant. | Case No. 1:21-cr-00004-NODJ<br><br>**_UNOPPOSED_** MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER<br><br>Hon. District Judge |

Manuel Villarreal, IV hereby moves this Court for an order terminating his term of supervised release at this time. Undersigned counsel has conferred with Mr. Villarreal's assigned United States Probation Officer, David Watson, as well as with counsel for the government, Assistant United States Attorney Robert Veneman-Hughes, and neither probation nor the government is opposed to this request.

Title 18, United States Code, Section 3583(e) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3583(e)); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

On April 15, 2019, United States District Judge Larry Alan Burns sentenced Mr. Villarreal to 30 months of imprisonment and 3 years of supervised release following Mr. Villarreal's guilty plea to bringing in aliens without presentation in violation of 8 U.S.C. § 1324(a)(2)(B)(iii). *See* Judgment, *United States v. Villarreal*, Case No. 3:18-cr-04570-LAB (S.D. Cal. Apr. 19, 2019), ECF #42. Mr. Villarreal was released from the Bureau of Prisons and began serving his first term of supervised release on November 20, 2020. On January 6, 2021, jurisdiction was transferred to the Eastern District of California.

On February 2, 2021, probation filed a Petition for Warrant or Summons for Offender Under Supervision, alleging that Mr. Villarreal violated the conditions of his supervised release. *See* ECF #4. Mr. Villarreal thereafter admitted to using controlled substances as alleged in Charge 1 of the Petition. ECF #18. After he completed the 90-day inpatient Quest House treatment program, Mr. Villarreal appeared before this Court for sentencing on the violation. *Id.*; ECF #22. The Court sentenced him to time served and 30 months of supervised release. *See* ECF #23.

On August 20, 2021, probation filed a second Petition for Warrant or Summons for Offender Under Supervision. ECF #24. Once again, Mr. Villarreal quickly accepted responsibility and admitted that he violated the conditions of supervision by consuming alcohol, using a controlled substance, and failing to reside a transitional center. ECF #34. On January 24, 2022, the Court sentenced Mr. Villarreal to 75 days of imprisonment and 26 months of supervised release. ECF #37.

Mr. Villarreal completed his term of imprisonment on January 26, 2022, at which time he began the Teen Challenge Monterey Induction Program. Mr. Villarreal successfully completed the Teen Challenge program on September 28, 2023. Following his graduation, he transitioned to the re-entry phase of the program, where he continues to reside. He has been volunteering at the

program while he waits to start a job with Social Vocation Services in Watsonville, California. He is currently scheduled to discharge from supervised release in approximately two months.

On January 23, 2024, undersigned defense counsel reached out to Mr. Villarreal's probation officer, David Watson, for his position on a motion for early termination of supervised release. Officer Watson responded the following day, confirming that probation has no objection to early termination. That same day, Assistant United States Attorney Robert Veneman-Hughes stated that the government likewise does not object to early termination.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Villarreal and is in the interests of justice.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MANUEL VILLARREAL IV

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Manuel Villarreal IV's term of supervised release.

DATED:  January 24, 2024.

CHIEF UNITED STATES DISTRICT JUDGE